# UNITED STATES DISTRICT COURT
for the

EASTERN DISTRICT OF CHATTANOOGA, TENNESSEE

| | |
|---|---|
| Ronald Dwight Eady <br> *Plaintiff(s)* <br> -v- <br> Defendant(s) <br><br> Danny Bryant, John Doe 1, John Doe 2 and John Doe 3 (To be named at a later date) | Case No. 1:22-cv-47 <br> *(to be filled in by the Clerk's Office)* <br><br> Jury Trial: *(check one)* (Yes)  No <br><br> **FILED** <br> MAR 02 2022 <br> Clerk, U. S. District Court <br> Eastern District of Tennessee <br> At Chattanooga |

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each Plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Ronald Dwight Eady |
| Street Address | 1004 W Campbell St. |
| City and County | Fayetteville, Lincoln County |
| State and Zip Code | TN 37334 |
| Telephone Number | (256)-427-0787 |
| E-mail Address | |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Danny Bryant |
| Job or Title *(if known)* | Police Officer at Fayetteville Police Department |
| Street Address | 225 East College St |
| City and County | Fayetteville, Lincoln County |
| State and Zip Code | TN 37334 |
| Telephone Number | (931)-433-6154 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | John Doe 1 |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | John Doe 2 |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | John Doe 3 |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any Plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

(Federal question)      Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

> *Danny Bryant is a police officer at the Fayetteville Police Department and he resides in Lincoln County, Tennessee. As the defendant lives and works in the State of Tennessee, this court filing in the United States of District Court for the State of Tennessee is the basis of jurisdiction for the complaint.*

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the Plaintiff is an individual

   The Plaintiff, *(name)* [ ], is a citizen of the State of *(name)* [ ].

   b. If the Plaintiff is a corporation

   The Plaintiff, *(name)* [ ], is incorporated under the laws of the State of *(name)* [ ], and has its principal place of business in the State of *(name)* [ ].

*(If more than one Plaintiff is named in the complaint, attach an additional page providing the same information for each additional Plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

      The defendant, *(name)* [                    ], is a citizen of the State of *(name)* [          ]. Or is a citizen of *(foreign nation)* [          ].

   b. If the defendant is a corporation

      The defendant, *(name)* [                    ], is incorporated under the laws of the State of *(name)* [          ], and has its principal place of business in the State of *(name)* [          ].
      Or is incorporated under the laws of *(foreign nation)* [          ], and has its principal place of business in *(name)* [          ].

   *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

   The Amount in Controversy

   The amount in controversy--the amount the Plaintiff claims the defendant owes or the amount at stake--is more than $75,000, not counting interest and costs of court, because *(explain)*:

   > $5,000,000 because of mistreatment and prejudiced behavior practiced by Danny Bryant in his personal capacity.

## III. Statement of Claim

*On December 27 2021, Plaintiff Ronald Eady (African American male), working at 222 Celtic Dr in Madison, Al. He was driving a commercial truck for Milan Trucking Company. At 2.00 pm, he received a call from former girlfriend, Shavante Cheyenne Jones. She told him that his dogs ran away and got out of the house while she put a leash on them. Hearing this, Plaintiff parked his truck and got in his car to return home. On his way, he claimed ownership of his dog and claimed that Tyson Eady was his dog and he was coming to get him within ten minutes.*

*Upon arriving at Campbell Street, he encountered some officers from the Fayetteville Police Department. They informed him that they shot his dog, Tyson Eady.*

*Further investigation revealed that Danny Bryant was responsible for the wrongful death of Plaintiff's dog as there were no sightings of any kids involved in the incident. Mr. Eady has reason to believe that the defendant had a personal vendetta against Plaintiff because of racial prejudice.*

*However, according to an officer, Mark Browning, the police had to position themselves between the dog and some young children. It was evident that Officer Browning was covering up for the real culprit Officer Danny Bryant and protecting the local PD from liability charges. The officers were not wearing any body cameras, and neither did they have any footage on the police car dash camera. The lack of footage indicates that the officers were lying to protect the department from prosecution. Moreover, Plaintiff believes that any video recording could be uncovered during the legal investigation, the court will find that Tyson Eady was shot intentionally. Tyson Eady was chased into the line of fire rather than being a threat to the neighborhood.*

*If the police statements are factual, Plaintiff apologizes to the children and their families.*

*Nevertheless, Danny Bryant had no right to shoot a harmless, domesticated dog. Tyson Eady had been a companion for Mr. Eady for five years, and there were no prior complaints against him by neighbors. Also, it was an unjust act considering that Bryant was made aware that the dog owner, Mr.Eady, was on his way to pick Tyson Eady. This incident exhibits Danny Bryant's insensitive and racially biased behavior. He seems to misuse his power as the son of alderman Bryant by harassing innocent citizens like Mr. Eady.*

*Let it be known that this was not the first time Plaintiff and Defendant interacted. On December 9, 2021, a few weeks before the murder, Mr. Eady had contacted the local PD for assistance. At the time, Plaintiff was being harassed by Mr. James Logan at the Don Davison Dog Park. Mr. Logan was photographing the Plaintiff and his dogs despite Mr. Eady's unwillingness to be photographed. When Mr. Logan failed to comply with his requests, Plaintiff dialed 911 for assistance.*

*Danny Bryant arrived at the scene and immediately sided with Mr. Logan. The defendant did not make eye contact with Plaintiff and refused to initiate conversation. It felt odd, considering Mr. Eady was the one who called the police department for help. Later on, Mr-Eady found out that Danny Bryant had not documented the complaint in a formal police report.*

*Weeks later, Tyson Eady was found dead, and all evidence pointed towards Danny Bryant. The defendant stood in the Animal Control pickup truck operated by Micheal Holman. The white Dodge pickup truck shielded the defendant while he shot the dog. Kindly note that Micheal Holma drives the vehicle without a driver's license or insurance. Hence, he violates state rules, but Danny Bryant and his fellow officers have yet to reprimand him. In contrast, Tyson Eady was fatally wounded, and his owner, Mr. Eady, was repeatedly harassed based on his skin color.*

### IV. Injuries

After losing his dog, the Plaintiff suffered significant mental and emotional distress.

### V. Relief

State briefly and precisely what damages or other relief the Plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

*Back pay and front pay damages for emotional distress. Punitive and compensatory pay damages.*

$ 5,000,000

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: Feb. 28, 2022

Signature of Plaintiff: Ronald Dwight Eady
Printed Name of Plaintiff: Ronald Dwight Eady

### B. For Attorneys

Date of signing:

Signature of Attorney:
Printed Name of Attorney:
Bar Number:
Name of Law Firm:
Street Address:
State and Zip Code:
Telephone Number:
E-mail Address:

Respectfully submitted,

_____

Ronald. D. Eady  
1004 W Campbell St.  
Fayetteville, Lincoln County  
TN 37334  
(615)-482-6926

## Certificate of Service

I hereby certify that on this day, February 23rd, 2022 that a copy of the foregoing complaint was served via first-class US mail, postage prepaid upon 225 East College St, Fayetteville, TN 37334.

/s/ Ronald D. Eady

# Certificate of Acknowledgement

State of  TN

County of  Lincoln

On 02-28-22 (date), before me, Betty Creson (Notary), personally appeared Ronald Dwight Eady (Signer), proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her authorized capacities, and that by his/her signature on the instrument the person or the entity upon behalf of which the person acted, executed this instrument.

**WITNESS my hand and official seal**

_Betty Creson_ (Seal)
(Notary Signature)

My commission expires: 08-24-24 (Date)

Select the instrument executed and witnessed:

____ Signature Card

____ Business Resolution

_X_ Other  Complaint for a Civil Case
Plaintiff: Ronald Dwight Eady
vs. Defendant: Danny Bryant and others