UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA DIVISION

| | |
|---|---|
| RONALD DWIGHT EADY, | ) |
| | ) |
| Plaintiff, | ) 1:22-CV-00047-DCLC-SKL |
| | ) |
| vs. | ) |
| | ) |
| DANNY BRYANT, et al., | ) |
| | ) |
| Defendants. | ) |

**JUDGMENT**

This case came before the Court on Defendants' Motion for Summary Judgment [Doc. 63]. For the reasons stated in the accompanying Memorandum Opinion and Order, Defendants' Motion for Summary Judgment is **GRANTED**. Accordingly, the Clerk is **DIRECTED** to close this case.

**SO ORDERED:**

s/Clifton L. Corker
United States District Judge

ENTERED AS A JUDGMENT:

s/ LeAnna Wilson
Clerk of Court